# Exhibit 2

John V. Murphy
Chairman and
Chief Executive Officer



OppenheimerFunds, Inc.
Two World Financial Center
225 Liberty Street
New York, NY 10281-1008
www.oppenheimerfunds.com

Dear Shareholder:

You and I, along with mutual fund investors across the country are facing the most challenging market environment in recent memory. Each day, it seems we awake to a new distressing headline. This can make it all too easy to become swept up by the panic of the moment, lose sight of our long-term goals and abandon our well-considered financial strategies.

**The importance of discipline**

Unfortunately, I can't say for sure when the markets will regain their footing. However, I can tell you that times of uncertainty are not times to make dramatic shifts in your portfolio. Historically speaking, those who have had the discipline and perseverance to stick to their objectives and maintain a well-diversified portfolio have ultimately been rewarded.

That's why our investment teams, composed of experienced analysts and portfolio managers, operate with a long-term view of the economy and the financial markets. Rather than reacting to short-term events, or chasing performance, they take a steady, measured approach to portfolio management. Each fund's management team adheres to the mandates laid out in the fund's prospectus and the investment strategies that have created value for shareholders over time.

**Remember: You're not in this alone**

At OppenheimerFunds, we recognize that you have entrusted your money to us as part of a strategy to build a sound financial future. This is a trust we take very seriously and one with which we can identify. Our employees and their families, as well as the Trustees/Directors of the Oppenheimer funds, have over $3 billion of their money invested alongside yours in the Oppenheimer funds. We work diligently so that our shared investments may help us all attain our financial goals.

You also have the benefit of working with a trusted financial advisor. This relationship becomes especially important during times like these. Having access to someone who not only knows the markets, but is also familiar with your unique situation, can go a long way toward keeping you on the right path. In fact, this may be an opportune time to meet with him or her to ensure your portfolio is still properly aligned with your goals.

We will continue to provide you with information and perspective on the markets via **www.oppenheimerfunds.com**. I also invite you to call **1.800.CALL OPP (225.5677)** with any questions or concerns you may have.

Thank you for your business and the confidence you've placed in us.

Sincerely,

*John V Murphy*

Shares of Oppenheimer funds are not deposits or obligations of any bank, are not guaranteed by any bank, are not insured by the FDIC or any other agency, and involve investment risks, including the possible loss of the principal amount invested.

Before investing in any of the Oppenheimer funds, investors should carefully consider a fund's investment objectives, risks, charges and expenses. Fund prospectuses contain this and other information about the funds, and may be obtained by asking your financial advisor, visiting our website at www.oppenheimerfunds.com or calling us at 1.800.525.7048. Read prospectuses carefully before investing.

Oppenheimer funds are distributed by OppenheimerFunds Distributor, Inc.
Two World Financial Center, 225 Liberty Street, New York, NY 10281-1008
©Copyright 2008 OppenheimerFunds Distributor, Inc. All rights reserved.

0000001011.0908   September 26, 2008