**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge John L. Kane**

Civil Action No. 11-cv-02602-JLK

JEANNE HARRINGTON,
STEPHEN D. MCLEOD,
PAUL NEWLIN,
BARBARA NEWLIN,
LOUISE K. PETERSON,
STEVEN TOBASH,
ALMA TOBASH, and
LILLIAN WINDSOR,

        Plaintiffs,

v.

OPPENHEIMERFUNDS, INC., a Colorado Corporation,
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
a New York Corporation, and
ANGELO MANIOUDAKIS,

        Defendants.

## UNOPPOSED MOTION FOR STAY

Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc. and Angelo Manioudakis (collectively 'Defendants'), hereby move this Court to enter an Order to stay this case. In support of this Motion, Defendants state as follows:

1. The Parties engaged in mediation on January 4-5, 2012.

2. The Parties have agreed, in principle, to a resolution of these cases.

3. The Parties anticipate that they will be able to negotiate a settlement agreement and dismiss these cases within the next 60 days.

4. Defendants request that the proceedings should be stayed through and including Friday, April 13, 2012 to allow the Parties to fully document the settlement and to prepare the appropriate dismissal papers.

## CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A

Pursuant to D.C.Colo.L.CivR. 7.1A, this will certify that counsel for Defendants conferred with counsel for Plaintiffs, and counsel for Plaintiffs consents to the relief requested.

DATED this 15th day of February, 2012.

*s/ Stephanie Dunn*
Stephanie E. Dunn
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Tel:  303.291.2300
Fax:  303.291.2400
Email:  sdunn@perkinscoie.com

And

William K. Dodds
Matthew L. Larrabee
Dechert, LLP-New York
1095 Avenue of the Americas
New York, NY 10036
212-698-3500
215-698-3599 (fax)
Email:  william.dodds@dechert.com

Attorneys for Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc. and Angelo Manioudakis

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this 15th day of February, 2012, I electronically filed a true and correct copy of the foregoing **UNOPPOSED MOTION FOR STAY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com,sdunn-efile@perkinscoie.com

- **David Paul Neuman**
  daveneuman@stoltlaw.com

            *s/ Stephanie Dunn*
            Stephanie E. Dunn
            Perkins Coie LLP
            1900 Sixteenth Street, Suite 1400
            Denver, CO  80202-5255
            Tel:  303.291.2300
            Fax:  303.291.2400
            Email:  sdunn@perkinscoie.com

            Attorneys for Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc. and Angelo Manioudakis