**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-02602-JLK

JEANNE HARRINGTON,
STEPHEN D. MCLEOD,
PAUL NEWLIN,
BARBARA NEWLIN,
LOUISE K. PETERSON,
STEVEN TOBASH,
ALMA TOBASH, and
LILLIAN WINDSOR,

       Plaintiffs,

  v.

OPPENHEIMERFUNDS, INC., a Colorado Corporation,
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
a New York Corporation, and
ANGELO MANIOUDAKIS,

       Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR STAY

      This above-entitled matter comes before the Court on the Defendants' Unopposed Motion For Stay (doc. #5), filed February 15, 2012. The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby **GRANTS** the Motion. This matter is stayed through and including Friday, April 13, 2012. If the Parties have not filed a dismissal by that date, the Parties shall submit a Joint Status Report on April 13, 2012.

DONE this 15th day of February, 2012.

                                BY THE COURT:

                                ***s/John L. Kane***
                                Judge John L. Kane
                                United States District Judge